IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00462-KLM

CHERRY CREEK MORTGAGE CO., INC.,

    Plaintiff/Counterclaim-Defendant,

v.

THOMAS R. JARBOE,

    Defendant/Counterclaim-Plaintiff.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Thomas R. Jarboe's **Unopposed Emergency Motion for Brief Trial Continuance Due to Lead Trial Counsel's Medical Condition** [#191] (the "Motion").

IT IS HEREBY **ORDERED** the Motion [#191] is **GRANTED**.

IT IS FURTHER **ORDERED** that the five-day Jury Trial set for May 2-6, 2022, is **VACATED**.

IT IS FURTHER **ORDERED** that the joint Final Pretrial Conference, Jury Instructions Conference, and Trial Preparation Conference, set for April 22, 2022, at 1:30 p.m., and all associated deadlines, are **VACATED**.

The Court will contact counsel by e-mail with alternative trial dates.

Dated: April 11, 2022